UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| IN RE VERNELL THROWER,<br><br>Petitioner. | Case No. 24-cv-0009-LB<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 7 |

The Court received a "Petition for Dismissal" of Petitioner's Alameda County conviction. Dkt. No. 1. To protect Petitioner's rights, the Clerk of the Court opened a new habeas corpus action in Petitioner's name, *id.*, and notified Petitioner that he needed to file a formal petition to pursue this matter, Dkt. No. 2. Petitioner responded that he sent the Petition to the wrong court. Dkt. No. 7.

As Petitioner explains that he did not intend to file this action, the Court will grant Petitioner's implied motion for voluntary dismissal. This action is **DISMISSED** without prejudice. **No filing fee will be due for this action.** The Clerk shall terminate all pending motions and close the file. The Clerk shall send Petitioner a copy of Dkt. No. 1 along with this order.

**IT IS SO ORDERED.**

Dated: February 1, 2024

LAUREL BEELER
United States Magistrate Judge